IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DEMEREZ BATTLE,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )          CV 125-194
                                         )
SHERIFF EUGENE BRANTLEY;                 )
CAPTAIN DANKO; CAPTAIN HARRELL;          )
and CAPTAIN DANIELS,                     )
                                         )
        Defendants.                      )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 28th day of October, 2025, at Augusta,

Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA